AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Santos Vela-Aquino

**CRIMINAL COMPLAINT**

Case Number: M-19-0898-M

IAE    YOB: 1969
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 19, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Santos Vela-Aquino was encountered by Border Patrol Agents near Roma, Texas on April 19, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 19, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 16, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 28, 2008, the defendant was convicted of 8 USC 1326 Being Found in the U.S. After Previous Deportation and sentenced to six (6) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 20, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Kellen Meador
Signature of Complainant
Kellen Meador     Senior Patrol Agent

April 20, 2019 @ 3:17 p.m.

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer